David C. HOCKADAY, Plaintiff–Appellant,

v.

CITY OF DEARBORN, Doyne E. Jackson, and Amoco Beydoun Service Center, Defendants–Appellees.

No. 03–2400.

United States Court of Appeals, Sixth Circuit.

March 24, 2005.

Arthur D. Stine, Lansing, MI, for Plaintiff–Appellant.

Laurie M. Sabon, William H. Irving, City Hall, Dearborn, MI, Ted M. Kozerski, Kallas & Henk, Bloomfield Hills, MI, for Defendants–Appellees.

Before BOGGS, Chief Judge; COOK and BRIGHT,* Circuit Judges.

PER CURIAM.

David Hockaday appeals the district court's grant of summary judgment for defendant Doyne Jackson. At issue on appeal is whether Jackson is entitled to qualified immunity. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this

---

* The Honorable Myron H. Bright, Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision on this issue for the reasons well stated by District Judge Lawrence Zatkoff in his opinion.